**UNITED STATES of America, et al., Plaintiffs,**

**Manuel Christiansen, ex rel., Brian Ashton, Plaintiffs–Appellants,**

v.

**EVERGLADES COLLEGE, INC., d.b.a. Keiser University, Defendant– Appellee.**

No. 15–10711.

United States Court of Appeals, Eleventh Circuit.

Oct. 28, 2015.

Ira B. Silverstein, The Silverstein Firm, Philadelphia, PA, Dale James Morgado, Morgado, P.A., New York, NY, Armando Aguirre Ortiz, R. Edward Rosenberg, Feldman Fox & Morgado, PA, James Alan Weinkle, U.S. Attorney's Office, Miami, FL, for Plaintiffs–Appellants.

Scott Allan Cole, Thomas Emerson Scott, Jr., Cole Scott & Kissane, PA, Miami, FL, Barry Adam Postman, Justin C. Sorel, Cole Scott & Kissane, PA, West Palm Beach, FL, Daniel Marc Schwarz, Cole Scott & Kissane, PA, Ft Lauderdale, FL, for Defendant–Appellee.

Before ED CARNES, Chief Judge, MARTIN, Circuit Judge, and WALTER,[*] District Judge.

PER CURIAM:

In this appeal from the award of attorney's fees and costs to the relators, we vacate and remand the judgment for further consideration in light of whatever decision the district court makes regarding the proposed settlement between the United States and Everglades College.

The action we are taking in this case does not imply anything about whether the district court should approve the proposed settlement or what effect, if any, approval of the proposed settlement should have on any fee award to the relators. We are sending the case back to the district court only because, as a procedural matter, it makes more sense to review a fee award after a decision has been made about the proposed settlement and the district court has had an opportunity to decide whether

---

[*] Honorable Don Walter, United States District Judge for the Western District of Louisiana, sitting by designation.

to modify the fee award in light of the settlement.

**VACATED and REMANDED.**